FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES JOSEPH REEVIS, V,<br><br>               Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY SUPERIOR COURT, EASTERN STATE HOSPTIAL, and U.S. SUPREME COURT,<br><br>               Defendants. | NO: 2:24-CV-0031-TOR<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS |

Plaintiff Charles Joseph Reevis, V, a person civilly detained at the Eastern State Hospital, initiated this action while he was incarcerated at Spokane County Detention Services on January 31, 2024.  ECF No. 1.  Plaintiff did not pay the $405.00 filing fee ($350.00 statutory filing fee, plus $55.00 administrative fee) to commence this action or properly seek leave to proceed *in forma pauperis.*

On March 13, 2024, this Court issued an Order to Comply with Filing Fee/*In Forma Pauperis* Requirements within forty-five days.  *See* ECF No. 4.  Specifically,

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 1

the Court directed Plaintiff to clarify in a statement to the Court what his prisoner status was between July 31, 2023, and January 31, 2024. *Id.* at 3. Then, if Plaintiff was incarcerated at any time between July 31, 2023, and January 31, 2024, he was to provide certified copies of his trust fund account statement(s) (or institutional equivalent(s)), obtained from the appropriate official of each prison or jail at which he was confined between July 31, 2023, and January 31, 2023, as required by 28 U.S.C. § 1915(a)(2). *Id.*

In the alternative, Plaintiff could have paid the full $405.00 fee to commence this action. *Id.* The Court cautioned Plaintiff that his failure to comply with the Order would be construed as his consent to the dismissal of his action. *Id.* at 3. He has filed nothing further in this action.

Accordingly, for the reasons set forth above and in the Court's prior Order, ECF No. 4, **IT IS ORDERED:**

(1) This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

(2) The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

//

The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at this last known address, and **CLOSE** the file.

**DATED** May 7, 2024.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 3