AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

CHARLES JOSEPH REEVIS, V,

_____
*Plaintiff*

v.

SPOKANE COUNTY SUPERIOR COURT, EASTERN
STATE HOSPTIAL, and U.S. SUPREME COURT,

_____
*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 07, 2024**

SEAN F. McAVOY, CLERK

Civil Action No.   2:24-CV-0031-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  This action is DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee and in forma pauperis
requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge       Thomas O. Rice _____

Date:  5/7/2024 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lee Reams
_____
*(By) Deputy Clerk*

Lee Reams
_____